# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE DANIELS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; LDI, Ltd. LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No: CV07-03491 ABC(OPx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

*/s/ Audrey B. Collins*

Dated: 04/04/08

HONORABLE AUDREY B. COLLINS
Judge of the U.S. District Court

Case 2:07-cv-03491-ABC-OP   Document 21   Filed 04/04/08   Page 2 of 2   Page ID #:33